| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>3746-003Y | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

Plaintiff: XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,
Defendant: T-MOBILE USA, INC.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00469-JRG-RSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Rule 7.1 Disclosure Statement; Plaintiff's Notice of Related Cases

3. a. Party served: T-MOBILE USA, INC.
   b. Person served: Lynanne Gares, authorized to accept for Corporation Service Company, Agent for Service of Process *Served under F.R.C.P. Rule 4.*

4. Address where the party was served: 251 Little Falls Dr, Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Oct 05 2023 (2) at: 03:50 PM

6. **Person Who Served Papers:**
   a. John Garber
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   
   d. *The Fee* for Service was: $483.19

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/05/2023
(Date)       (Signature)

PROOF OF SERVICE

9700385
(5466410)