# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>　　　　Defendant. | Case No. 2:23-cv-00469-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

**COMES NOW** Matthew S. Yungwirth, admitted to the bar of this Court on December 6, 2007, and respectfully enters his appearance as lead counsel of record for T-Mobile USA, Inc. All further communications, correspondence and orders may be directed to Mr. Yungwirth at the below address:

> **DUANE MORRIS LLP**
> 1075 Peachtree Street NE, Suite 1700
> Atlanta, Georgia 30309
> Telephone:  (404) 253-6900
> Facsimile:  (404) 253-6901
> E-mail: msyungwirth@duanemorris.com

Dated:  November 15, 2023　　　　**DUANE MORRIS LLP**

　　　　　　　　　　　　　　　　　　*/s/ Matthew S. Yungwirth*
　　　　　　　　　　　　　　　　　　Matthew S. Yungwirth
　　　　　　　　　　　　　　　　　　msyungwirth@duanemorris.com
　　　　　　　　　　　　　　　　　　1075 Peachtree Street NE, Suite 1700
　　　　　　　　　　　　　　　　　　Atlanta, GA  30309
　　　　　　　　　　　　　　　　　　Telephone: 404.253.6900
　　　　　　　　　　　　　　　　　　Facsimile:  404.253.6901

　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on November 15, 2023, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/  Matthew S. Yungwirth
Matthew S. Yungwirth