IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>Defendant. | Case No. 2:23-cv-00469-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## T-MOBILE'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant T- Mobile USA, Inc., by and through its undersigned counsel, hereby disclose that:

T-Mobile USA, Inc., a Delaware corporation, is a wholly-owned, direct subsidiary of T-Mobile US, Inc. T-Mobile US, Inc. is a publicly traded company listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC ("NASDAQ").

No other company owns 10% or more of T-Mobile USA, Inc.

| | |
|---|---|
| Dated:  December 11, 2023 | Respectfully submitted,<br><br>*/s/ Matthew S. Yungwirth*<br>Matthew Sean Yungwirth<br>msyungwirth@duanemorris.com<br>**DUANE MORRIS LLP**<br>1075 Peachtree Street, NE<br>Suite 1700<br>Atlanta, GA 30309-3929<br>Telephone:  404.253.6935<br>Facsimile:  404.253.6901<br><br>William Andrew Liddell<br>waliddell@duanemorris.com<br>**DUANE MORRIS LLP**<br>900 S. Capital of Texas Hwy<br>Suite 300 |

          Austin, TX 78746
          Telephone:  512.277.2272
          Facsimile:  512.227.2301

Melissa Richards Smith (TBN 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone:  903.934.8450
Facsimile:  903.934.9257

*Counsel for Defendant T-Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 11, 2023.

          */s/ Matthew S. Yungwirth*
          Matthew S. Yungwirth