IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>Defendant.<br><br>ERICSSON INC.,<br><br>Intervenor. | Case No. 2:23-cv-00469-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**
**OF INTERVENOR ERICSSON INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Intervenor Ericsson Inc. ("Ericsson") certify that:

1. Ericsson Inc. is a Delaware corporation that is wholly-owned by Ericsson Holding II Inc., which is also a Delaware corporation. Ericsson Holding II Inc. is wholly-owned by Telefonaktiebolaget LM Ericsson.

2. Telefonaktiebolaget LM Ericsson ("LME") is publicly held and has no parent corporation. LME has Class A and Class B shares that are listed on Nasdaq Stockholm in Sweden. In the United States, the Class B shares are listed on NASDAQ New York in the form of American Depositary Shares (ADS) evidenced by American Depositary Receipts (ADR). Each ADS represents one Class B share. No publicly held corporation owns 10% or more of LME's stock, which comprises Class A and Class B shares. However, as of 31 December 2022, Investor AB and AB Industrivärden each own shares in LME representing 10% or more of the voting rights.

Dated:  December 12, 2023                    Respectfully submitted,

                                                  */s/ Matthew S. Yungwirth*
                                                  Deron R. Dacus (TBN 00790553)
                                                  ddacus@dacusfirm.com
                                                  **THE DACUS FIRM, P.C.**
                                                  821 ESE Loop 323
                                                  Suite 430
                                                  Tyler, Texas 75701
                                                  Telephone:  903.705.1117
                                                  Facsimile:  903.581.2543
                                                  Email: ddacus@dacusfirm.com

                                                  Matthew S. Yungwirth
                                                  Email: msyungwirth@duanemorris.com
                                                  John R. Gibson
                                                  Email: jrgibson@duanemorris.com
                                                  Alice E. Snedeker
                                                  aesnedeker@duanemorris.com
                                                  **DUANE MORRIS LLP**
                                                  1075 Peachtree Street NE, Suite 1700
                                                  Atlanta, GA 30309
                                                  Telephone: (404) 253-6900

                                                  *Counsel for Intervenor Ericsson Inc.*

## CERTIFICATE OF SERVICE

      The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 12, 2023.

                                                                       */s/ Matthew S. Yungwirth*
                                                                         Matthew S. Yungwirth