IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| XR COMMUNICATIONS, LLC, d/b/a VIVATO TECHNOLOGIES<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., *et al* | § § § § § § § § | CASE NO. 2:23-cv-00470-JRG-RSP<br>(Lead Case) |
| XR COMMUNICATIONS, LLC, d/b/a VIVATO TECHNOLOGIES<br><br>v.<br><br>AT&T SERVICES INC, *et al* | § § § § § § § § | CASE NO. 2:23-cv-00468-JRG-RSP<br>(Member Case) |
| XR COMMUNICATAIONS, LLC, d/b/a VIVATO TECHNOLOGIES<br><br>v.<br><br>T-MOBILE USA, INC. | § § § § § § § § | CASE NO. 2:23-cv-00469-JRG-RSP<br>(Member Case) |

**ORDER**

The above-captioned cases are hereby **ORDERED** to be **CONSOLIDATED** for all pretrial issues with the LEAD CASE, Case No. 2:23-cv-00470. All parties are instructed to file any future filings in the LEAD CASE. Individual cases remain active for trial.

The Clerk is instructed to add the consolidated Defendants into the Lead Case and their corresponding Lead and Local Counsel only. Additional counsel may file a Notice of Appearance in the Lead Case if they wish to continue as counsel of record in the lead consolidated action. Counsel who has appeared *pro hac vice* in any member case may file a Notice of Appearance in the Lead Case without filing an additional application to appear *pro hac vice* in the Lead Case. Counsel who have not appeared in a member case at the point when it is consolidated into the Lead

Case should file a Notice of Appearance only in the Lead Case, and such Notice should state the relevant member case.

**So ORDERED and SIGNED this 13th day of December, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE